AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 2 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Civil Action No.   1:25-CV-06233-JPB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Cobb County School District

was received by me on *(date)*        03/08/2026         .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Courtney Green, Executive Assistant       , who is

designated by law to accept service of process on behalf of *(name of organization)*   Cobb County School District

on *(date)*   03/10/2026   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    03/10/2026

*Server's signature*

Milton Nolen, Certified Process Server
*Printed name and title*

C/O Freshvisions Legal Service, LLC
P.O. Box 674011
Marietta, Georgia 30006

*Server's address*

Additional information regarding attempted service, etc: