**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| BRANDI MADDOX, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    CIVIL ACTION |
| vs. | )    FILE NO. 1:25-cv-06233-JPB |
| | ) |
| CHEROKEE COUNTY, GEORGIA et al., | ) |
| | ) |
|    Defendants. | ) |
| | ) |

## DEFENDANTS COBB COUNTY SCHOOL DISTRICT'S AND PARKER POE ADAMS & BERNSTEIN LLP'S AMENDED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed R. Civ. P. 6, Defendants Cobb County School District ("CCSD") and Parker Poe Adams & Bernstein LLP ("Parker Poe") hereby respectfully request that the Court extend the deadline by which they must answer, move against, or otherwise respond to the Complaint in this action to April 14, 2026. This request is being made so that CCSD and Parker Poe may have additional time to investigate the claims and defenses in this case.

This is the first request for such an extension and extends the answer deadline for CCSD by fourteen (14) days and Parker Poe by thirteen (13) days.

In its original motion of March 23, 2026, *see* ECF TK, the undersigned counsel advised the Court that counsel had not been informed of Plaintiff's position on this Motion. Subsequent to that filing, the undersigned counsel corresponded

with the *pro se* Plaintiff in this matter, who has now indicated her consent to the requested extension.

The requested extension is made in good faith and is not for purposes of causing undue delay.

WHEREFORE, CCSD and Parker Poe respectfully request that the Court extend their deadline to answer, move against, or otherwise respond to the Complaint to April 14, 2026.  A proposed order is included with this motion.

This 24th day of March, 2026.

Respectfully submitted,

/s/ *John M. Moye*
John M. Moye
Georgia Bar No. 685211
Brandon O. Moulard
Georgia Bar No. 940450
**PARKER POE ADAMS & BERNSTEIN LLP**
1075 Peachtree Street, N.E., Suite 1500
Atlanta, Georgia 30309
Tel. (404) 806-6547 | Fax (404) 869-6972
johnmoye@parkerpoe.com
brandonmoulard @parkerpoe.com

*Attorneys for Defendants Cobb County*
*School District and Parker Poe Adams &*
*Bernstein LLP*

2

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that this document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(c).

This 24th day of March, 2026.

/s/ *John M. Moye*
John M. Moye
Georgia Bar No. 685211

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will automatically send email notification of

such filing to all counsel and parties of record.  In addition, I am serving Plaintiff by

electronic mail, as follows:

Brandi Maddox
iambrandibeauty@gmail.com

This 24th day of March, 2026.

/s/ *John M. Moye*
John M. Moye
Georgia Bar No. 685211